COLLIER *v.* WHATLEY, administrator.

FISH, C. J. There being no complaint that the court erred during the progress of the trial, and the evidence being sufficient to support the verdict, the judgment refusing a new trial is affirmed.

*Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided December 12, 1906.

Equitable petition.    Before Judge Reagan.    Pike superior court. October 3, 1905.

*E. F. Dupree,* for plaintiff in error.

*C. J. Lester* and *J. F. Redding,* contra.